UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROBERT MORGAN, d/b/a<br>RED RIVER PALLETS, L.L.C. | CIVIL ACTION NO. 06-0115-A |
| -vs- | JUDGE DRELL |
| TRUS JOIST MACMILLAN and<br>GREG GORDAN | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and also considering the content of the untimely affidavit of Robert Morgan (Doc. 16), finding no objections to the report and recommendation, and concurring with the magistrate judge's findings under the applicable law,

IT IS ORDERED that plaintiff's motion to remand is DENIED.

SIGNED on this 28th day of March, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge